IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PRINCETON T. TAYLOR,      ) | |
| ) | |
| Plaintiff,   ) | |
| ) | CIVIL ACTION NO. |
| v.              ) | 2:16cv661-MHT |
| ) | (WO) |
| DENNIS MEEKS, et al.,    ) | |
| ) | |
| Defendants.  ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Princeton T. Taylor, a state prisoner, filed this lawsuit complaining about physical abuse by jail officials while in the custody of a county jail.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of February, 2017.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**